## Commonwealth *v.* Bennis, Appellant.

Before TREDINNICK, J.

Argued September 12, 1975. *James P. Fox*, with him *Fox and Fox*, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bobko, Appellant.

Before GROSHENS, P.J.

Submitted June 16, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.